UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CELSO ECHAVARRIA,

        Plaintiff,                  Case No. 1:16-cv-107

v.                                        Honorable Paul L. Maloney

HEIDI WASHINGTON et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.


Dated:  April 21, 2016             /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge